Submitted March 28, 1973. *Holly Maguigan, Anne F. Johnson* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Lipton, Appellant.

Submitted March 12, 1973. *Arthur K. Dils,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. McCullers, Appellant.

 Argued March 22, 1973. *William J. Brady, Jr.,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Jeffrey Philip Paul,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Matthews, Appellant.

Submitted March 19, 1973. *Michael P. Bolno* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Linda West Conley* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Matthews, Appellant.

Submitted March 21, 1973. *William J. Brady, Jr.,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Miller.

Submitted March 19, 1973. *Philip J. O'Malley,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Com-